UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DUCOTE JAX HOLDINGS, L.L.C.,** *et al.* | * | CIVIL ACTION NO. 07-9353 |
| **Plaintiffs,** | * | |
| | * | SECTION "L" |
| **VERSUS** | * | |
| **JDC GROUP, INC., GLF LTD. and JOHN A. MANELLA,** | * | MAGISTRATE DIVISION (2) |
| **Defendants.** | * | |

## ORDER

**IT IS ORDERED** that all claims in the captioned matter against defendants JDC Group, Inc., GLF Ltd. and John A. Manella be and hereby are dismissed with prejudice.

New Orleans, Louisiana, this  21st  day of September, 2011.

_____
**UNITED STATES DISTRICT JUDGE**